**Order entered May 13, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-20-00861-CR**
**No. 05-20-00862-CR**

**RAYAN DHANES GANESH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F16-76113-S & F16-76111-S**

### ORDER

Appellant has filed two pro se motions, one seeking the appointment of new counsel and the other asking for a copy of the State's brief. We **DENY** his pro se motions. *See Scheanette v. State*, 144 S.W.3d 503, 505 n.2 (Tex. Crim. App. 2004) (appellant has no right to hybrid representation on appeal); *Patrick v. State*, 906 S.W.2d 481, 498 (Tex. Crim. App. 1995) (declining to address issues raised in supplemental brief filed by appellant pro se when he was already represented by counsel); *Miniel v. State*, 831 S.W.2d 310, 313 n.1 (Tex. Crim. App. 1992) (same);

*Rudd v. State*, 616 S.W.2d 623, 625 (Tex. Crim. App. [Panel Op.] 1981) (appellant is not entitled to hybrid representation); *Landers v. State*, 550 S.W.2d 272, 280 (Tex. Crim. App. 1977) (op. on reh'g) (same).

We **DIRECT** the Clerk to send a copy of this order to Rayan Dhanes Ganesh, TDCJ# 02192899, Telford Unit, 3899 Hwy 98, New Boston, TX 75570, along with a copy of the State's brief.

/s/    LANA MYERS
        JUSTICE